UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

O'KANG FENYANG ANDRE RUDDOCK,

Plaintiff,

-against-

WESTCHESTER COMMUNITY COLLEGE,

Defendant.

1:19-CV-5888 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, Chief United States District Judge:

By order dated November 6, 2019, the Court granted Plaintiff leave to file an amended complaint within sixty days. That order specified that failure to comply would result in dismissal of this action for failure to state a claim on which relief may be granted. Plaintiff has not filed an amended complaint. Accordingly, the Court dismisses this action for failure to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii).

The Clerk of Court is directed to note service on the docket. Plaintiff has consented to electronic service of Court documents. (ECF 3.) The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: January 21, 2020
New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge